# Exhibit A

IN THE UNITED STATES DISTRICT
                    COURT FOR THE SOUTHERN DISTRICT
                       OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| OKOLO JOSEPH AJIODO, | § |
| *Plaintiff,* | § |
| v. | §  CIVIL ACTION NO. 4:19-cv-00237 |
| H. E. BUTT GROCERY CO., | § |
| *Defendant.* | § |

## DECLARATION OF SANDRA HERRERA

1. "My name is Sandra Herrera. I am over eighteen years of age, of sound mind, have never been convicted of a felony, and am competent in all respects to make this declaration. The facts stated herein are within my personal knowledge, based on information obtained from other persons, reasonable inquiry, and Company business records, and are all true and correct.

2. During all relevant periods set forth herein, I was employed at HEB Grocery Company, L.P. ("H-E-B" or "the Company") as Senior Partner Relations Advisor overseeing human resources matters. In this position, I am responsible for employee relations matters, including but not limited to, addressing questions and concerns related to payroll and benefits and investigating and addressing employee complaints related to alleged violations of company policies.

3. H-E-B is an independently owned grocery retailer, with stores across Texas and in Mexico. H-E-B has long valued diversity in its workforce, and is fully committed to the principle of equal employment opportunity for all of its employees. H-E-B requires all of its employees to agree to arbitrate all employment related disputes as a condition of employment with H-E-B.

4. Okolo Ajiodo submitted a signed application for employment to H-E-B on March 8, 2003. A true and correct copy of Mr. Ajiodo's application is attached to this declaration. H-E-B offered Mr. Ajiodo a position as a Customer Service Assistant, which Mr. Ajiodo accepted.

5. Mr. Ajiodo worked for H-E-B until his termination on June 24, 2017. H-E-B terminated Mr. Ajiodo for violating H-E-B's Standards of Conduct. Neither Mr. Ajiodo's race nor his national origin played any role in the decision to separate his employment.

6. Attached to this declaration is a true and correct copy of Mr. Ajiodo's signed application containing his agreement to arbitrate. This document is an H-E-B business record, which is kept by H-E-B in the regular course of business, and it was the regular course of business of H-E-B for an employee or representative of H-E-B with knowledge of the acts, events, or

conditions recorded in the record to make the record or to transmit information to be included in the record; and the record was made at or near, or reasonably soon after, the time of the acts, events, or conditions recorded. The sources of information of, and the method and circumstances of the preparation of, the attached record were in all respects trustworthy. The record attached is an exact duplicate of the original as maintained in H-E-B's files.

I declare under penalty of perjury that the foregoing is true and correct."

Executed on March 20, 2019.

_Sandra A Herrera_
Signature

_Sandra A. Herrera_
Printed Name

# Exhibit A-1

 

# H-E-B GROCERY CO.
EQUAL OPPORTUNITY EMPLOYER/DRUG FREE WORKPLACE

## HOURLY EMPLOYMENT APPLICATION

### PERSONAL INFORMATION

ALL QUESTIONS MUST BE ANSWERED FOR APPLICATION TO BE CONSIDERED.
ANSWERS MUST BE WRITTEN IN INK. WRITE "N/A" WHERE APPROPRIATE.

**Full Name:** AJIODO (Last) OKOLO (First) JOSEPH (Middle)
**Other names under which employed:**

**Social Security #:** 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

**Current Address:** 1000 WEST COURT, SEGUIN, TX 78155
**How long have you lived there?** Yrs. ___ Mos. 8

**Previous Address:** 8811 BOONE RD., HOUSTON, TX 77099
**How long did you live there?** Yrs. 7 Mos. ___

**Home Phone:** (830) 386-7183  **Message Phone:** SAME

**Are you at least 18 years old?** Yes X No ___ If no, age: ___
(Applicants must be at least 16 years old to be considered for employment.)

**Can you submit verification of your legal right to work in the U.S.?** Yes X No ___

**Have you ever been convicted of or pled guilty, no contest or nolo contendere, or received deferred adjudication or probation for any criminal offense, other than for a minor traffic violation?** Yes ___ No X

**If yes, provide date(s) and details:** ___

(*NOTE: A conviction will not necessarily disqualify an applicant from consideration for a particular job.)

**Have you ever been employed by H-E-B or one of its affiliates?** Yes ___ No X
**If yes, state position:** ___
**Location:** ___ **Dates Employed:** ___

**Have you made an application for employment with H-E-B or one of its affiliates within the last twelve-(12) months?** Yes ___ No X

**If yes, "when" and "where":** ___

**Do you have relatives working for H-E-B?** Yes ___ No X
If yes, please list below. (This information is used to evaluate potential reporting relationships):

**List Name:** ___ **Relationship:** ___ **Location:** ___

### PLACEMENT INFORMATION

**Position applying for:** 1st choice STOCKER (DAY OR NIGHT)
2nd choice CASHIER

**Location applying for:** 1st choice SEGUIN
2nd choice ___

**Minimum salary expected:** $ 6 per hour. **When could you start?** ASAP

**Do you desire:** (circle one)
(Full or Part-Time)  Full-Time Only  Part-Time Only  Temporary  Summer

**If hired, how long do you intend to work for H-E-B?** (circle one)
0-6 mos.  6 mos. - 1 yr.  1 - 2 yrs.  (2 - 5 yrs.)  5 yrs.+

To help us consider you for a position that best matches your availability, please indicate the Earliest Starting Time and the Latest Finishing Time you are available to work each day.
(*Please include A.M. and/or P.M.)

| Day: | Earliest Starting Time: | Latest Finishing Time: |
|---|---|---|
| Monday | 3:00 P.M. | 6:00 A.M. |
| Tuesday | 4:00 P.M. | 6:00 A.M. |
| Wednesday | 3:00 P.M. | 6:00 A.M. |
| Thursday | 4:00 P.M. | 6:00 A.M. |
| Friday | 3:00 P.M. | 6:00 A.M. |
| Saturday | All Day | All Day |
| Sunday | All Day | All Day |

### EDUCATION

**Circle highest grade completed**

| | | School Name |
|---|---|---|
| Elementary | 5 6 7 8 | |
| High School | 9 10 11 (12) | ELSIK HIGH SCHOOL |
| College | 1 2 3 4 | |
| Graduate School | 1 2 3 4 | |

**GED:** Yes ___ No ___

**Technical/Specialized training:** ___

## WORK HISTORY/EXPERIENCE - BEGIN WITH MOST RECENT OR PRESENT EMPLOYER

*Include all work history, U.S. Military Service, self-employment, temporary jobs and account for all gaps in employment. Attach additional pages if necessary. Write "N/A" where appropriate.

| Company Name: HOUSTON WORKS | Phone: N/A |
|---|---|
| Address: N/A | |
| Supervisor's Name: PETER BARNETT | May we contact? |

- Starting Date: MAY 1997
- Ending Date: AUGUST 1997
- Starting Salary: $4.25 per HR
- Ending salary: $4.75 per HR
- Starting position: JOB TRAINING
- Ending position: JOB TRAINING
- Reason for Leaving: SUMMER TRAINING ENDED

| Company Name: HOUSTON CHRONICLE | Phone: N/A |
|---|---|
| Address: N/A | |
| Supervisor's Name: DENNIS BLYTHE | May we contact? |

- Starting Date: MAY 2000
- Ending Date: AUGUST 2000
- Starting Salary: $Commission per
- Ending salary: $Commission per
- Starting position: SALES TEAM
- Ending position: SALES TEAM
- Reason for Leaving:

Have you ever been discharged or disciplined by an employer for theft; harassment; retaliation; discrimination; disruptive behavior; using and/or possessing a weapon on company premises? YES____ NO____

If yes provide date(s) and details:____

### INDICATE SKILLS RELATED TO THE POSITION YOU ARE SEEKING:

Typing: 30 wpm    10 Key: Touch____ Sight____

Excel ✓    Microsoft Word ✓    PowerPoint ✓    Access ✓

Other software/skills:____

### How were you referred to H-E-B?

____ H-E-B Partner    ____ Temp. Agency    ____ In-Store Sign/Flyer
____ H-E-B Jobline    ____ Educational Institution    ✓ Other:____
____ TWC    ____ Newspaper Ad, (Which Paper?)____

## PERSONAL REFERENCES

LIST 2 PERSONAL REFERENCES OTHER THAN RELATIVES OR FORMER EMPLOYERS

Name: FELICIA McPHERSON    Phone #: (830) 386-7440
Name: WILLIE GIBSON    Phone #: (830) 386-7451

### Agreement

I certify that the foregoing statements are true and correct to the best of my knowledge and belief and hereby grant H-E-B permission to verify such information. I understand that any misstatement, false statement, omission or incomplete response on this application or at any time during the selection process, including interviews, tests, etc., may be considered as sufficient reason for rejection of my application or for dismissal if discovered after my employment. I authorize any of the persons or organizations referenced in this application to give H-E-B any and all information concerning my previous employment, education, or criminal or credit background at anytime during my tenure of employment or any other information with regard to the subjects covered by this application, and I release all such parties from all liability from any damages or claims that may result for furnishing such information to H-E-B. I further agree and understand that a criminal background check may be conducted before and/or after I am hired and that the existence of a criminal background may result in the rejection of my application or if hired, in the separation of my employment with H-E-B. I also understand that the position for which I am applying may require a substance abuse screen. If I am employed, I agree to abide by and comply with all rules of the company. I further understand and agree that I, like H-E-B, can terminate my employment at any time with or without cause or notice and this agreement cannot be altered or modified.

### Agreement to Arbitrate

H-E-B and I hereby agree to submit any controversy or claim arising out of or relating to my hiring, employment, benefits, and /or separation of employment or any occupational or on-the-job injury/illness to, and resolved exclusively by, final and binding arbitration under the Federal Arbitration Act to be administered by the American Arbitration Association (AAA) or other mutually agreed to arbitrator, pursuant to the AAA's National Rules for the Resolution of Employment Disputes. The standard of review to be applied to the arbitrator's findings of fact and conclusions of law will be the same as that applied by an appellate court reviewing a decision resulting from a bench trial.

Date 3-8-03    Signature: _____

Form # 19059
Revised 07/01